Daniel Ross, #10278
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121
Telephone: 206-269-3490
Fax: (206) 269-3493
Email: Danielr@w-legal.com
Attorney for Movant

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**

| | |
|---|---|
| In re:<br><br>Martinica Fortaleza Caniadido<br>and Perfecto A. Caniadido,<br><br>Debtors. | Case No.: 18-00499<br><br>Chapter: 7<br><br>Hearing Date: December 18, 2018<br>Hearing Time: 9:30 a.m.<br>Location: U.S. Bankruptcy Court, 1132 Bishop Street, Honolulu, HI 96813<br><br>Judge: Honorable Robert J. Faris |

**MOTION OF SPECIALIZED LOAN SERVICING, LLC PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE, RULES 4001 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND LOCAL BANKRUPTCY RULE 4001-1 FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT FORECLOSURE AND TO COMPEL ABANDONMENT**

Specialized Loan Servicing, LLC, as servicer for HSBC Bank USA, National Association as Trustee for DBALT Mortgage Loan Trust, Series 2007-4, its successors and/or assigns (hereafter called "Movant"), hereby moves for relief from the automatic stay and to compel abandonment ("Motion") of 11 U.S.C. §362 and 11 U.S.C. §554, for entry of an order terminating the automatic stay to allow Movant to enforce its rights against the collateral described below and compelling the Trustee to abandon the collateral on the following grounds:

1

## Jurisdiction and Venue

1. The Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 1334.

2. This is a core matter pursuant to 28 U.S.C. § 157(b)(2)(G).

3. Venue of the Motion in this District is proper pursuant to 28 U.S.C. § 1409(a).

## Predicates for Relief

4. This Motion is premised on Section 362(d) and 11 U.S.C. §554 of the Bankruptcy Code and is a contested matter within the meaning of Bankruptcy Rules 4001 and 9014.

## Causes Exists to Lift the Stay

5. On July 6, 2007, Martinica Fortaleza Caniadido, borrowed $375,000.00 from Mortgage Electronic Registration Systems, Inc. (MERS) as nominee for Mortgageit, Inc., its successors and assigns ("Original Lender") pursuant to a Promissory Note (the "Note"). A copy of the endorsed Note is attached as Exhibit A. Movant has the Note in its possession.

6. To secure repayment of the Note, Martinica Fortaleza Caniadido, wife of Perfecto Agbalog Caniadido, as tenant in severalty (the "Debtors") executed a Mortgage (the "Deed of Trust") granting Movant a security interest in their real property commonly known as 74-5096 Ho'oloa Street, Kailua-Kona, Hawaii 96740 (the "Property"). A copy of the recorded Mortgage, including the legal description of the property, is attached as Exhibit B.

7. Movant caused the Deed of Trust to be recorded on July 16, 2007 as Doc No(s). 2007-126105.

8. On or about February 22, 2011, the Deed of Trust was assigned to HSBC Bank USA, National Association as Trustee for Deutsche ALT-A Securities Mortgage Loan Trust, Series 2007-4. On or about March 2, 2015, the assignment was corrected to correct the assignee to

U.S. Bankruptcy Court - Hawaii   #18-00499   Dkt # 68   Filed   11/19/18   Page 2 of 6

HSBC Bank USA, National Association as Trustee for DBALT Mortgage Loan Trust, Series 2007-4. Copies of the recorded Assignments are attached as Exhibit C.

9. On May 3, 2018, the Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code then converted to under Chapter 7 on October 24, 2018. On the Amended Schedule D, the Debtors estimated the value of the property at $550,000.00. (Docket No.: 54.)

10. As of the date of this Motion, the Debtors have not yet obtained their discharge.

11. As of the date of October 31, 2018, Debtors are in contractual default for at least 100 monthly payments beginning with the payment due on July 1, 2010 to October 1, 2018, totaling $173,367.56. The total contractual default is set forth in detail below.

| | |
|---|---|
| 7/1/2010 to 8/1/2012 (26 months) @ $1,494.24 each | $38,850.24 |
| 9/1/2012 to 10/1/2014 (26 months) @ $1,292.74 each | $33,611.24 |
| 11/1/2014 to 9/1/2016 (23 months) @ $1,344.71 each | $30,928.33 |
| 10/1/2016 to 5/1/2017 (8 months) @ $1,357.29 each | $10,858.32 |
| 6/1/2017 @ $1,357.32 | $1,357.32 |
| 7/1/2017 to 8/1/2017 (2 months) @ $1,357.29 each | $2,714.58 |
| 9/1/2017 to 2/1/2018 (6 months) @ $2,771.95 each | $16,631.70 |
| 3/1/2018 to 6/1/2018 (4 months) @ $2,771.93 each | $11,087.72 |
| 7/1/2018 to 8/1/2018 (2 months) @ $2,771.68 each | $5,543.36 |
| 9/1/2018 @ $2,988.29 | $2,988.29 |
| 10/1/2018 @ $3,000.57 | $3,000.57 |
| Accrued Costs | $15,795.89 |
| **Total Arrearage:** | **$173,367.56** |

12. As of the date of October 31, 2018, the unpaid principal balance on the Note is $384,246.11 and the total amount currently owed is approximately $561,778.32, including $147,590.46 in interest, $15,795.89 in accrued costs and $14,145.86 in escrow advances.

13. Movant further alleges that there appears to be no equity in the Property after deducting $44,000.00 (8% of liquidation costs) plus in connection with the above-described default, Movant has incurred attorney's fees and costs to protect its secured interest. These fees and costs are secured by the Property.

14. The loan modification application was denied on or about August 28, 2017. A copy of the denial letter is attached hereto as Exhibit D.

15. The Debtors have not and cannot offer Movant any adequate protection of its interest in the Property, and as a result of the Debtors' delinquency and the lack of equity in the property, Movant's security interest in the property is not adequately protected. See, e.g., *In re Martens*, 331 B.R. 395, 399 (8th Cir. BAP 2005) (where scheduled market value slightly exceeded balance due on mortgage and borrower had not paid mortgage for 12 months, bankruptcy court properly found lender was not adequately protected). Even if there were equity in Property, Movant is not adequately protected.

16. Because this is a Chapter 7 case, the property is not necessary for an effective reorganization of the Debtors' affairs. See, e.g., *In re Vicente*, 446 B.R. 22, 32 (Bankr. D. Mass. 2011).

17. Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts,

4

judgments, mortgages and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary. Specialized Loan Servicing LLC services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant or Movant's successor or assignee. Movant, directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed. Movant is the original mortgagee or beneficiary or the assignee of the Mortgage/Deed of Trust.

18.   The Debtors have failed to make monthly payments since July 1, 2010, the lack of adequate protection exists and where there is no equity in the Property; therefore, cause exists for granting of the motion for relief and abandonment pursuant to 11 U.S.C. §362 and 11 U.S.C. §554. A copy of the payment history is attached as Exhibit E.

## CONCLUSION

WHEREFORE, for the reasons set forth above, Movant requests that the Court enter an order (i) terminated the Automatic Stay so that Movant may exercise all of its rights under applicable law as to the Property, including but not limited to foreclosure, (ii) that the Movant's secured Collateral be abandoned as property of the estate, (iii) that the fourteen (14)-day stay be waived, (iv) for its attorney's fees and costs expended, (v) that the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code, (vi) granting such other and further relief as the Court deems just and proper.

//

//

//

Dated: November 19, 2018					Weinstein & Riley, P.S.

/s/ Daniel Ross
Daniel Ross, #10278
2001 Western Avenue, Suite 400
Seattle, WA 98121
Phone: 206-269-3490
Email: Danielr@w-legal.com
Attorney for Movant

6